# STATE OF LOUISIANA

## COURT OF APPEAL, THIRD CIRCUIT

NO: CW 12-00829

**Judgment rendered and mailed to all parties or counsel of record on August 17, 2012.**

CHRISTIAN D. CHESSON
VERSUS
SARAH REBECCA CHESSON

FILED: 07/23/12

On rehearing application on behalf of Sarah Duhon Chesson for Emergency Writ in No. 2003-2782 on the docket of the Fourteenth Judicial District Court, Parish of Calcasieu, Hon. G. Michael Canaday.

John Green

Counsel for:
Christian D. Chesson

Michael R. Garber

Counsel for:
Sarah Rebecca Duhon Chesson

Lake Charles, Louisiana, on August 17, 2012.

**REHEARING GRANTED.** This court will maintain the order by the lower court of June 12, 2012, wherein split custody was established. The trial court is ordered to establish a visitation schedule for the minor children until an expedited hearing is set for the permanent custody issue.

_____
BHE

_____
JDP

_____
PMK